# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gordon Grimmer and Rhonda Grimmer, ) ) Plaintiffs, ) ) v. ) ) Halliburton Energy Services, LLC, ) ) Defendant. ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE**<br><br>Case No. 1:25-cv-00096 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on October 6, 2025, at 11:30AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 10th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
