**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | | |
|---|---|---|
| GORDON GRIMMER and RHONDA GRIMMER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:25-cv-00096-DVT-CRH |
| | ) | |
| HALLIBURTON ENERGY SERVICES, INC., FIELDBRIDGE ENERGY, LLC, and WAL M. BANG KHAT, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S <u>AMENDED</u>
ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AFFIRMATIVE
DEFENSES, AND DEMAND FOR JURY TRIAL**

Defendant Halliburton Energy Services, Inc. ("HESI"), by and through its counsel, James C. Worthen and Jaclyn S. Laferriere of Hall & Evans, LLC, hereby submits the following <u>Amended</u> Answer to Plaintiffs' First Amended Complaint, Affirmative Defenses, and Demand for Jury Trial as follows:

**PARTIES**

[1]    HESI admits the allegations in Paragraph No. 1 of Plaintiffs' First Amended Complaint and Demand for Jury Trial ("First Amended Complaint") upon information and belief.

[2]    HESI admits the allegations in Paragraph No. 2 of Plaintiffs' First Amended Complaint.

[3]    Answering Paragraph No. 3 of Plaintiffs' First Amended Complaint, HESI admits FieldBridge Energy, LLC ("FieldBridge") is a Texas-formed company with its principal place of business in Texas. HESI further states that FieldBridge is managed by a manager who is a citizen of Texas, and therefore FieldBridge is a citizen of Texas.

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 1
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

[4]    Answering Paragraph No. 4 of Plaintiffs' First Amended Complaint, HESI avers upon information and belief that Defendant Wal M. Bang Khat is currently a citizen of Michigan as of August 2025 and was a citizen of Iowa at the time of removal. Mr. Khat was served at a location in Michigan. [Dkt. No. 21.]

**FACTS**

[5]    HESI incorporates all previous paragraphs as if fully alleged herein.

[6]    The allegations in Paragraph No. 6 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI agrees Plaintiffs attempt claims related to a workplace injury in Williston, North Dakota, on September 2, 2023.

[7]    HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 7 of Plaintiffs' First Amended Complaint, and it is therefore denied.

[8]    HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 8 of Plaintiffs' First Amended Complaint, and it is therefore denied.

[9]    HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 9 of Plaintiffs' First Amended Complaint, and it is therefore denied.

[10]    HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 10 of Plaintiffs' First Amended Complaint, and it is therefore denied.

[11]    HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 11 of Plaintiffs' First Amended Complaint, and it is therefore denied.

[12]    HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 12 of Plaintiffs' First Amended Complaint, and it is therefore denied.

[13]    HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 13 of Plaintiffs' First Amended Complaint, and it is therefore denied.

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 2
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

[14] In response to Paragraph No. 14 of Plaintiffs' First Amended Complaint, HESI admits upon information and belief that Khat was employed by FieldBridge and that FieldBridge was a contractor with HESI. HESI denies the remaining allegations.

[15] HESI is without sufficient information to form a belief as to the truth of the allegations in Paragraph No. 15 of Plaintiffs' First Amended Complaint, and it is therefore denied.

[16] HESI denies the allegations in Paragraph No. 16 of Plaintiffs' First Amended Complaint.

[17] HESI denies the allegations in Paragraph No. 17 of Plaintiffs' First Amended Complaint.

[18] HESI denies the allegations in Paragraph No. 18 of Plaintiffs' First Amended Complaint.

[19] HESI denies the allegations in Paragraph No. 19 of Plaintiffs' First Amended Complaint.

[20] The allegations in Paragraph No. 20 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI agrees that Plaintiffs' First Amended Complaint alleges Plaintiffs sustained injuries but denies Plaintiffs sustained the injuries as alleged.

## COUNT ONE

### Negligence - Khat

[21] HESI incorporates all previous paragraphs as if fully alleged herein.

[22] The allegations in Paragraph No. 22 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies the allegations.

[23] The allegations in Paragraph No. 23 of Plaintiffs' First Amended Complaint are not directed towards this Defendant. To the extent a response is required, the allegations are legal conclusions to which no response is required. To the extent a response is required, HESI denies the allegations in Paragraph No. 23 of Plaintiffs' First Amended Complaint.

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 3
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

[24]  The allegations in Paragraph No. 24 of Plaintiffs' First Amended Complaint are not directed towards this Defendant. To the extent a response is required, HESI denies the allegations in Paragraph No. 24 of Plaintiffs' First Amended Complaint, including all subparts.

[25]  The allegations in Paragraph No. 25 of Plaintiffs' First Amended Complaint are not directed towards this Defendant. To the extent a response is required, HESI denies the allegations in Paragraph No. 25 of Plaintiffs' First Amended Complaint.

[26]  The allegations in Paragraph No. 26 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI agrees that Plaintiffs' First Amended Complaint alleges Plaintiffs sustained injuries but denies Plaintiffs sustained the injuries as alleged.

### COUNT TWO

### Negligence – Halliburton and FieldBridge

[27]  HESI incorporates all previous paragraphs as if fully alleged herein.

[28]  The allegations in Paragraph No. 28 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies the allegations.

[29]  The allegations in Paragraph No. 29 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies that Khat was a direct employee of Defendant Halliburton.

[30]  The allegations in Paragraph No. 30 of Plaintiffs' First Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, HESI denies the allegations in Paragraph No. 30 of Plaintiffs' First Amended Complaint.

[31]  HESI denies the allegations in Paragraph No. 31 of Plaintiffs' First Amended Complaint.

[32]  HESI denies the allegations in Paragraph No. 32 of Plaintiffs' First Amended Complaint.

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 4
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

[33]  HESI denies the allegations in Paragraph No. 33 of Plaintiffs' First Amended Complaint.

[34]  The allegations in Paragraph No. 34 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI agrees that Plaintiffs' First Amended Complaint alleges Plaintiffs sustained injuries but denies Plaintiffs sustained the injuries as alleged.

## COUNT THREE
### Vicarious Liability, Imputed Negligence, Respondeat Superior – Halliburton and FieldBridge

[35]  HESI incorporates all previous paragraphs as if fully alleged herein.

[36]  The allegations in Paragraph No. 36 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies the allegations.

[37]  HESI denies the allegations in Paragraph No. 37 of Plaintiffs' First Amended Complaint.

## COUNT FOUR
### Liability for Independent Contractors – Halliburton

[38]  HESI incorporates all previous paragraphs as if fully alleged herein.

[39]  The allegations in Paragraph No. 39 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies the allegations.

[40]  The allegations in Paragraph No. 40 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies the allegations.

[41]  HESI denies the allegations in Paragraph No. 41 of Plaintiffs' First Amended Complaint, including all subparts.

[42]  HESI denies the allegations in Paragraph No. 42 of Plaintiffs' First Amended Complaint.

[43]  The allegations in Paragraph No. 43 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI agrees that Plaintiffs' First Amended

Complaint alleges Plaintiffs sustained injuries but denies Plaintiffs sustained the injuries as alleged.

## COUNT FIVE

### Liability for Independent Contractors - FieldBridge

[44] HESI incorporates all previous paragraphs as if fully alleged herein.

[45] The allegations in Paragraph No. 45 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies the allegations.

[46] The allegations in Paragraph No. 46 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI denies the allegations.

[47] The allegations in Paragraph No. 47 of Plaintiffs' First Amended Complaint are not directed towards this Defendant. To the extent a response is required, the allegations are legal conclusions to which no response is required. To the extent a response is required, HESI denies the allegations in Paragraph No. 47 of Plaintiffs' First Amended Complaint, including all subparts.

[48] The allegations in Paragraph No. 48 of Plaintiffs' First Amended Complaint are not directed towards this Defendant. To the extent a response is required, HESI denies the allegations in Paragraph No. 48 of Plaintiffs' First Amended Complaint, including all subparts.

[49] The allegations in Paragraph No. 49 of Plaintiffs' First Amended Complaint do not require a response. To the extent a response is required, HESI agrees that Plaintiffs' First Amended Complaint alleges Plaintiffs sustained injuries but denies Plaintiffs sustained the injuries as alleged.

## DAMAGES

[50] HESI incorporates all previous paragraphs as if fully alleged herein.

[51] HESI denies the allegations in Paragraph No. 51 of Plaintiffs' First Amended Complaint.

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 6
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

[52] HESI denies the allegations in Paragraph No. 52 of Plaintiffs' First Amended Complaint.

[53] HESI denies the allegations in Paragraph No. 53 of Plaintiffs' First Amended Complaint.

## PRAYER FOR RELIEF

[54] In response to Paragraph No. 54 of Plaintiffs' First Amended Complaint, Prayer for Relief,

HESI denies these allegations, including all subparts.

## GENERAL DENIAL

[55]    Any allegation contained within Plaintiffs' First Amended Complaint not hereby specifically addressed or otherwise responded to above is hereby denied. Plaintiffs are hereby placed on notice of the strict proof required of each of the allegations contained in their First Amended Complaint as directed at HESI.

## DEFENSES AND AFFIRMATIVE DEFENSES

[56] As for its defenses and affirmative defenses to the Plaintiffs' First Amended Complaint, HESI states and asserts as follows:

[57] Plaintiffs' First Amended Complaint fails to state a claim against HESI;

[58] Injuries and damages claimed by Plaintiffs were proximately caused by the sole negligence of one or both Plaintiffs or, in the alternative, contributed to by one or both Plaintiffs to a degree sufficient to bar or reduce recovery against HESI in the event that HESI is ultimately determined to be negligent;

[59] Plaintiffs' injuries were proximately caused or, in the alternative, were contributed to by the negligence of other parties over which HESI had no control or responsibility;

[60] Plaintiffs failed to mitigate their damages;

[61] HESI breached no duty to Plaintiffs;

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 7
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

[62] Liability asserted against HESI and all other actors, parties, and non-parties, including Plaintiffs, on any theory of fault as defined by N.D.C.C. §32-03.2-02, must be assessed, evaluated and, if any, proportional to their respective fault.  Pursuant to N.D.C.C. §32-03.2-02, Plaintiffs' recovery, if any, must be reduced by their percentage of fault, and if their percentage of fault is determined to be greater than 50%, they cannot recover;

[63] Plaintiffs' alleged injuries were proximately caused by the unforeseeable, independent or intervening, and/or superseding events beyond the control of HESI;

[64] HESI's acts or omissions, if any, were superseded by the negligence or wrongful conduct of others;

[65] Plaintiffs failed to join all necessary and indispensable parties in their First Amended Complaint;

[66] Plaintiffs' claims are barred by the doctrine of independent contractor liability;

[67] Plaintiffs' claims are barred by the doctrine of open and obvious condition;

[68] Plaintiffs' claims are barred by the doctrine of trivial defect;

[69] Plaintiffs' claims are barred by the doctrine of assumption of risk;

[70] Plaintiffs' claims are barred by the doctrine of injury by a fellow servant;

[71] Plaintiffs' claims are barred by the doctrine of lack of notice;

[72] Plaintiffs' claims are barred by the doctrine of failure of condition precedent;

[73] HESI reserves the right to assert other and further affirmative defenses as this case progresses.

[74]    WHEREFORE, Defendant Halliburton Energy Services, Inc., requests that Plaintiffs take nothing by way of their First Amended Complaint, that Plaintiffs' First Amended Complaint be dismissed with prejudice, and that Defendant be awarded all costs and attorneys' fees and such other relief as the Court may deem just and proper.

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 8
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

DATED this 7th day of January, 2026

/s/ Jaclyn S. Laferriere
Jaclyn S. Laferriere, ND #08727
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
laferrierej@hallevans.com
*Attorney for Defendant Halliburton Energy Services, Inc.*

## DEMAND FOR TRIAL BY JURY

Defendant Halliburton Energy Services, Inc., demands a trial by jury on all triable issues.

DATED this 7th day of January, 2026.

/s/ Jaclyn S. Laferriere
Jaclyn S. Laferriere, ND #08727
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
laferrierej@hallevans.com
*Attorney for Defendant Halliburton Energy Services, Inc.*

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 9
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*

## CERTIFICATE OF SERVICE

This is to certify the foregoing **DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL** was filed via ECF on this DATED this 7th day of January, 2026, which served all counsel of record.

*/s/ Jaclyn S. Laferriere*

Defendant Halliburton Energy Services, Inc.'s Amended Answer to Plaintiffs' First
Amended Complaint, Affirmative Defenses, and Demand for Jury Trial – Page 10
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc.*