**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | | |
|---|---|---|
| GORDON GRIMMER and RHONDA GRIMMER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 1:25-cv-00096-DVT-CRH |
| HALLIBURTON ENERGY SERVICES, INC., FIELDBRIDGE ENERGY, LLC, and WAL M. BANG KHAT, | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S
RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE
REGARDING SUBJECT MATTER JURISDICTION (ECF NO. 25)**

Defendant Halliburton Energy Services, Inc. ("HESI"), by and through its counsel, Jaclyn S. Laferriere of Hall & Evans, LLC, hereby submits the *Response to the Court's Order to Show Cause Regarding Subject Matter Jurisdiction* (ECF No. 25).

To determine the citizenship of an LLC for diversity jurisdiction purposes, the Court looks to each members' citizenship. *GMAC Com. Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). Per Fieldbridge Energy, LLC's Rule 7.1 Disclosure (ECF No. 27), Fieldbridge Energy, LLC, a Texas limited liability company, with its principal office in Cypress, Texas. Fieldbridge Energy, LLC has one member, Matthew Kent, who is a resident of the State of Texas.

As this Court has noted, "citizenship requires permanence" while "[r]esidency is a more fluid concept." *Hargett v. RevClaims, LLC*, 854 F.3d 962, 965 (8th Cir. 2017). Undersigned counsel's research indicates Mr. Kent's permanent residency is in Texas, and therefore he is a

Defendant Halliburton Energy Services, Inc.'s Response To The Court's Order To Show Cause
Regarding Subject Matter Jurisdiction – Page 1
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc. et al.*

citizen of Texas.

DATED this 3rd day of February, 2026

> /s/ Jaclyn S. Laferriere
> Jaclyn S. Laferriere, ND #08727
> Hall & Evans, LLC
> 1001 Seventeenth Street, Suite 300
> Denver, CO 80202
> Telephone: (303) 628-3300
> Facsimile: (303) 628-3368
> laferrierej@hallevans.com
> *Attorney for Defendant Halliburton Energy Services, Inc.*

## CERTIFICATE OF SERVICE

This is to certify the foregoing **DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION (ECF NO. 25)** was filed via ECF on this 3rd day of February, 2026, which served all counsel of record.

> /s/ Jaclyn S. Laferriere

Defendant Halliburton Energy Services, Inc.'s Response To The Court's Order To Show Cause
Regarding Subject Matter Jurisdiction – Page 2
*Gordon Grimmer and Rhonda Grimmer v. Halliburton Energy Services, Inc. et al.*