**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Gordon Grimmer and Rhonda Grimmer,<br><br>Plaintiff,<br><br>vs.<br><br>Halliburton Energy Services, Inc., Fieldbridge Energy, LLC, and Wal M. Bang Khat,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER**<br><br>Case No. 1:25-cv-096 |

---

On October 1, 2026, the parties filed a Stipulated Amended Joint Scheduling/Discovery Plan (Doc. No. 39). The court **ADOPTS** the parties' stipulated amended plan (Doc. No. 39) and amends the pretrial deadlines as follows:

(1) fact discovery shall be completed by January 8, 2027;

(2) Plaintiffs' expert disclosures are due by February 12, 2027;

(3) Defendants' expert disclosures are due by March 12, 2027;

(4) rebuttal expert disclosures are due by April 16, 2027;

(5) discovery depositions of expert witnesses are due by May 28, 2027; and

(6) dispositive motions are due by March 12, 2027.

To ensure that there is sufficient time for consideration of dispositive motions once they are filed and fully briefed, the court, on its own motion , shall continue the final pretrial conference and trial. Accordingly, the final pretrial conference on June 29, 2027, is rescheduled for September 14, 2027, at 9:00 AM by telephone. To participate in the conference, the parties should call (571) 353-2301 and 292466149 followed by # when prompted to enter the "Call ID." The jury trial on July 12,

2027, is rescheduled for September 27, 2027, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland.. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court